FILED US District Court-UT
AUG 10 '22 PM02:00

TRINA A. HIGGINS, United States Attorney (#7349)
VICTORIA K. McFARLAND, Assistant United States Attorney (#11411)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

---

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NADEEM BASHIR MASHI,<br><br>Defendant. | **I N D I C T M E N T**<br><br>Count I: 18 U.S.C. § 922(a)(6), False Statement During Attempted Acquisition of Firearms.<br><br>Case: 2:22-cr-00288<br>Assigned To : Sam, David<br>Assign. Date : 8/9/2022 |

The Grand Jury Charges:

<u>**COUNT I**</u>
18 U.S.C. § 922(a)(6)
(False Statement During Attempted Acquisition of Firearms)

On or about July 5, 2022, in the District of Utah,

NADEEM BASHIR MASHI,

defendant herein, in connection with the attempted acquisition of firearms, to wit: a Kalashnikov KR-109 7.62x39mm rifle and a SDS Imports Lynx-12 12 gauge shotgun, from a licensed firearm dealer within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement intended and likely to deceive the firearm dealer with respect to any fact material to the lawfulness of such

acquisition of the firearms, in that he falsely answered "no" on ATF form 4473 asking whether he had ever been convicted in any court of a misdemeanor crime of domestic violence, and, as he then knew, his answer was untrue, all in violation of 18 U.S.C. § 922(a)(6) and punishable pursuant to 18 U.S.C. § 924(a)(2).

                                                      A TRUE BILL:

                                        /S/
                              FOREPERSON OF GRAND JURY

TRINA A. HIGGINS
United States Attorney

*/s/ Victoria K. McFarland*
VICTORIA K. McFARLAND
Assistant United States Attorney